# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAYLA THORNTON, MARINER FINANCE, LLC, and THE UNITED STATES OF AMERICA, <br><br> Defendants. | CV 226-006 |

### ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal, no. 5, wherein it notifies the Court that it wishes to dismiss this action without prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED,** this **23** day of January, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA